# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 26, 2011

142030

NEW START, INC., THE HEALING PLACE,
LTD., ANOTHER STEP FORWARD, THE
HEALING PLACE AT NORTH OAKLAND
MEDICAL CENTER, and JESSIE HUGHEY,
        Plaintiffs-Appellees,

v

ALLSTATE INSURANCE COMPANY,
        Defendant-Appellant.

_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 142030
COA: 296809
Wayne CC: 05-523917-NF

On order of the Court, the application for leave to appeal the September 28, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 26, 2011

_____
Clerk

t0919